**McDonnell Crowley, LLC**
115 Maple Avenue
Red Bank, NJ 07701
(732) 383-7233
Brian T. Crowley
bcrowley@mchfirm.com
*Counsel to John M. McDonnell,*
*Chapter 7 Trustee*

Order Filed on June 29, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| In re: | Case No. 20-18994 (CMG) |
|---|---|
| 518 SKILLMAN L.L.C., | Honorable Christine M. Gravelle |
| Debtor. | Chapter 7 |

**ORDER AUTHORIZING TRUSTEE TO DESTROY**
**AND/OR ABANDON CERTAIN BOOKS AND RECORDS**
**OF DEBTOR; AND GRANTING RELATED RELIEF**

The relief set forth on the following page numbered two (2), is hereby **ORDERED**.

**DATED: June 29, 2021**

*/s/ Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor: 518 Skillman L.L.C.

Case No.: 20-18994 (CMG)

Caption of Order: Order Authorizing Trustee to Destroy and/or Abandon Certain Books and Records of the Debtor; and Granting Related Relief

---

**THIS MATTER,** having been opened to the Court by John M. McDonnell, the chapter 7 trustee (the "Trustee") for the estate of 518 Skillman L.L.C., the chapter 7 debtor (the "Debtor"), by and through his counsel, McDonnell Crowley, LLC, upon the filing of a Motion for authorization to destroy and/or abandon certain books and records of the Debtor; and the Court having considered any opposition filed; and for good cause having been shown,

**IT IS ORDERED** that the Trustee, and/or the Trustee's professionals, be and hereby are authorized to abandon and/or destroy the Debtor's books and records.